UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DAI FENG LIANG,
                      Petitioner,

      -against-

ALEJANDRO MAYORKAS, ET AL.,
                      Respondents.
------------------------------------------------------------- X

21 Civ. 10861 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Petitioner initiated this case with a petition in the nature of mandamus on December 19, 2021, and requested summonses on March 14, 2022;

WHEREAS, Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period";

WHEREAS, ninety days have passed since Petitioner filed this case, and Petitioner has not filed proof of service on the docket. It is hereby

**ORDERED** that by **March 24, 2022**, Petitioner shall file a letter stating whether Respondents have been served and if not, whether any good cause exists for an extension of time to serve Respondents. If Petitioner has served Respondents, Petitioner shall file proof of service on the docket. Petitioner is advised that failure to comply with the Federal Rules and Court-ordered deadlines may result in sanctions, including dismissal.

Dated: March 22, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**